**STATE of Missouri, Respondent,**

v.

**Bobby G. ALLEN, aka: Bobby
E. Allen, Appellant.**

**Nos. WD 53392, WD 53672.**

Missouri Court of Appeals,
Western District.

Aug. 19, 1997.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before EDWIN H. SMITH, P.J., and BERREY and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Bobby G. Allen, a.k.a. Bobby E. Allen, appeals from his two convictions by jury of felony stealing over $150, § 570.030, RSMo 1994. Allen was sentenced as a prior and persistent offender to two concurrent terms of ten years.

Judgment affirmed. Rule 30.25(b).